Josephine C. Winne, as ancillary administratrix of Claude J. Winne, deceased, against the Erie Railroad Company.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order affirmed, with costs.

THOMAS, J., dissents, upon the ground that there was no jurisdiction on the part of the surrogate to grant the ancillary letters, and also upon the ground that the case does not come under the federal Employers' Liability Act (Act April 22, 1908, c. 149, 35 Stat. 65 [U. S. Comp. St. 1913, §§ 8657–8665]).

---

WINSHIP, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by James H. Winship, as administrator, etc., against the Prudential Insurance Company of America. No opinion. Judgment and order affirmed, with costs.

---

WOJCIECHOWICZ, Appellant, v. NICHOLS COPPER CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Joseph Wojciechowicz against the Nichols Copper Company.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs.

---

WOLF v. BRIDGMAN et al. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Eva Wolf, an infant, against Samuel W. Bridgman and another. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

---

WOOD, Appellant, v. BARNARD, Respondent. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by William W. Wood against William H. Barnard. G. R. Coughlan, of New York City, for appellant. W. H. Griffin, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

YOUNGMAN v. FIDELITY & DEPOSIT CO. OF MARYLAND. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by William L. Youngman against the Fidelity & Deposit Co. of Maryland. H. Taylor, of New York City, for appellant. M. E. Lewis, of Rochester, for respondent. No opinion. Judgment (87 Misc. Rep. 456, 150 N. Y. Supp. 788) affirmed, with costs to plaintiff. Order filed.

---

In re YUME. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) In the matter of the claim of Frank Yume for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67), in which the Knickerbocker Portland Cement Company, employer, and the Employers' Liability Assurance Corporation, Limited, insurance carrier, appeal. No opinion. Award affirmed. All concur.

---

ZEITLIN v. MORRISON et al. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Yetta Zeitlin against Isidore D. Morrison and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1000.

---

ZWARICH, Appellant, v. BROOKLYN COOPERAGE CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Michael Zwarich, an infant, by Parama Zwarich, his guardian ad litem, against the Brooklyn Cooperage Company.

PER CURIAM. Judgment affirmed, with costs. See, also, 165 App. Div. 930, 150 N. Y. Supp. 1119.

THOMAS, J., dissents.

END OF CASES IN VOL. 153

*